No. 908. Mario Mercado Riera, Executor, et al. v. Maria Luisa Mercado Riera De Belaval et al. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Fred W. Llewellyn* and *Pedro M. Porrata* for petitioners. *José A. Poventud* and *F. Fernández Cuyar* for respondents.

No. 982. Wheat v. Texas Land & Mortgage Co., Ltd. et al. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *John T. Barker* and *Frank P. Barker* for petitioner.

No. 986. Harbor Marine Contracting Co. et al. v. Lowe, Deputy Commissioner, et al. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Nelson T. Hartson, Howard Boyd* and *George E. Monk* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney* and *Leon Frechtel* for Lowe, respondent.

No. 989. William Spencer & Son Corp. v. Lowe, Deputy Commissioner, et al. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Charles Landesman, John J. Hickey* and *Walter W. Ahrens* for petitioner. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney* and *Leon Frechtel* for Lowe, and *Isidor Enselman* for Lindenberg, respondents.